United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 19-15349-mdc
Anthony G Davenport Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Nov 04, 2022     Form ID: pdf900     Total Noticed: 7

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Anthony G Davenport, 1002 Meadow View Circle, Collegeville, PA 19426-3350 |
| cr | + | Montgomery County Tax Claim Bureau, c/o Michael Vagnoni, Obermayer Rebmann Maxwell & Hippel LLP, 1500 Market Street, Suite 3400, Centre Square West Philadelphia, PA 19102-2100 |
| cr | + | Municipality of Norristown, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Nov 05 2022 00:07:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 05 2022 00:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | Email/PDF: resurgentbknotifications@resurgent.com | Nov 05 2022 00:06:48 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, GREENVILLE, SC 29603-0587 |
| cr | ^ MEBN | Nov 05 2022 00:02:48 | US Bank Trust National Association, Not In Its Ind, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2022      Signature:     /s/Gustava Winters

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Nov 04, 2022 Form ID: pdf900 Total Noticed: 7

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALBERT J. SCARAFONE, JR. | on behalf of Debtor Anthony G Davenport scarafone@comcast.net ascarafone@gmail.com;r39418@notify.bestcase.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor JPMORGAN CHASE BANK N.A. logsecf@logs.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Municipality of Norristown jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JEROME B. BLANK | on behalf of Creditor Wells Fargo Bank N.A. jblank@avallonelaw.com |
| JEROME B. BLANK | on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION ET AL jblank@avallonelaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KRISTEN D. LITTLE | on behalf of Creditor JPMORGAN CHASE BANK N.A. kdlittleecf@gmail.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor JPMORGAN CHASE BANK N.A. ldoyle@logs.com, bankruptcy@friedmanvartolo.com |
| MARIO J. HANYON | on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION ET AL wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MICHAEL D. VAGNONI | on behalf of Creditor Montgomery County Tax Claim Bureau michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com |
| THOMAS SONG | on behalf of Creditor Wells Fargo Bank N.A. tomysong0@gmail.com |
| THOMAS SONG | on behalf of Creditor CITIZENS BANK N.A. tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 14

1 Davenport Stipulation Bankruptcy Case # 19-15349/MDC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Anthony G. Davenport<br>          Debtor, | BANKRUPTCY CASE NUMBER<br>19-15349/MDC |
| JPMorgan Chase Bank, National Association as servicer for Citizens Bank, N.A.<br>          Movant.<br>v. | CHAPTER 13<br><br>11 U.S.C. § 362 |
| Anthony G. Davenport<br>          Debtor/Respondent, | |
| Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee<br>          Additional Respondent. | |

**CONSENT ORDER AND STIPULATION
IN SETTLEMENT OF MOTION FOR RELIEF**

COME NOW, the parties and agree to the following Consent Order and Stipulation in settlement of the Movant's Motion for Relief:

1. On, August 9, 2022 Movant filed its Motion for Relief from the Automatic Stay with respect to the property known as 1002 Meadow View Circle, Collegeville, PA 19426.
2. The parties agree that the total post-petition delinquency including fees and costs is $26,201.87, from 12/01/2021 through 10/01/2022, less $(1,365.55) in suspense/unapplied funds.
3. Debtor will cure this post-petition delinquency by:
    Making payments pursuant to an Amended Proof of Claim (APOC)

| AMOUNT DUE | FROM DUE DATE | TO DUE DATE |
|---|---|---|
| $15,514.92 | | Post-Payments from 12/01/2021 to 05/01/2022 at $2,585.82 each |
| $12,052.50 | | Post-Payments from 06/01/2022 to 10/01/2022 at $2,410.50 each |
| $(1,365.55) | | Suspense Balance |

_x_ Trustee Pay     _ Debtor Pay     ___Trustee and Debtor Pay

4. In addition to complying with the requirements of Paragraph 3, Debtor shall make all monthly post-petition payments as they become due to the address provided by the Movant in the monthly mortgage statement.

5. Debtor authorizes Movant to mail to Debtor: (1) monthly mortgage statements; (2) account statements including an escrow analysis; and (3) notices regarding address or payment changes provided such a change is authorized by the Note and Deed of Trust. Debtor consents to direct contact by mail for purposes of receiving this information and waives any claim for violation(s) of the automatic stay regarding the same.

6. The terms of this Stipulation and the agreement reached between the parties shall remain in effect so long as the automatic stay remains in effect as to this Movant. In the event the automatic stay shall no longer remain in effect as to Movant, this Stipulation shall become null and void.

**IT IS ORDERED** that in the event the Debtor fails to comply with any of the conditions specified in this Stipulation and Order, the Movant shall file a written Notice of Default with the Court, and serve a copy upon the Trustee, counsel for the Debtor, and the Debtor. Such Notice shall include a statement of any alleged default, including an itemization of all delinquent payments and the total amount necessary to cure the default.

**IT IS FURTHER ORDERED** that if the Debtor fails to cure the delinquency in full or fails to file an objection to the Notice of Default within the 14 (fourteen) days of the date of the Notice, movant shall be entitled to immediate relief from the automatic stay of 11 U.S.C §362(a) without further notice or hearing upon entry of an order for relief. For such purposes, Movant shall be free to exercise all of its rights and remedies under the Promissory Note, Deed of Trust, or as may otherwise be provided by the law. An order entered under this paragraph in accordance with Rule 4001(a)(1), is stayed until the expiration of 14 days after the entry of the order, unless the court orders otherwise. All other relief requested by Movant is hereby denied without prejudice as settled.

Dated: __11/02/2022_____    __/s/ Lorraine Gazzara Doyle_____
                                                               Christopher A. DeNardo 78447
                                                               Lorraine Gazzara Doyle  34576
                                                               Attorney for Movant

          10/28/2022    /s/ Albert J. Scarafone with express permission
Dated: _____    _____
                                                              Albert J. Scarafone, Jr., Esquire

3 Davenport Stipulation Bankruptcy Case # 19-15349/MDC

Attorney for Debtor

Dated: 11/1/2022                    /s/ LeeAne O. Huggins
                                    Kenneth E. West, Office of the Chapter 13 Standing
                                    Trustee
                                    Trustee

COPIES TO:

Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576                BY THE COURT:
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com                             MAGDELINE D COLEMAN
                                             CHIEF U.S. BANKRUPTCY JUDGE

Albert J. Scarafone, Jr., Esquire                        November 4, 2022
1717 Swede Road, Suite 200
Blue Bell, PA 19422
scarafone@comcast.net

Anthony G. Davenport
1002 Meadow View Circle
Collegeville, PA 19426-3350
Jolanta Davenport
1002 Meadow View Circle
Collegeville, PA 19426

Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com