UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

|  |  |  |
|---|---|---|
| Anthony G. Davenport | ) | Chapter 13 |
|  | ) | 19-15349 MDC |
|  | ) |  |
|  | ) | **Hearing to be Held on December 8, 2022 at** |
|  | ) | **11:00 AM.** |
|  | ) | **Courtroom 2, 900 Market Street, 2nd Floor,** |
|  | ) | **Philadelphia, PA 19107** |

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

Debtor has filed a motion with the Court to Abate Plan Payments and Modify Chapter 13 Plan.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1.  If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **December 3, 2022,** you or your attorney must do <u>all</u> of the following:

    (a)  file an answer explaining your position at

    U.S. Bankruptcy Court
    Clerk's Office
    United States Courthouse
    900 Market Street
    Philadelphia, PA 19107-4295

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)  mail a copy to the movant's attorney:

    Albert J. Scarafone, Jr., Esquire
    Hill, Friedland & Scarafone
    1717 Swede Road, Suite 200
    Blue Bell, PA 19422-3372
    Phone No.: 610-275-4000
    Fax No.: 610-275-4883

      2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3.      **A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman  on December 8, 2022 AM, at 11:00 AM. in Courtroom #2, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107-4295.**

      4.       If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

      5.      You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

      Attorney for Movant
HILL, FRIEDLAND & SCARAFONE

Date:  November 8, 2022

/s/ Albert J. Scarafone, Jr.
By: Albert J. Scarafone, Jr., Esquire
1717 Swede Road
Suite 200
Blue Bell, PA 19422-3372
Phone: (610) 275-4000
Fax: (610) 275-4883