UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Anthony G. Davenport    )   Chapter 13
                                          )   19-15349 MDC
                                          )

**CERTIFICATION OF NO RESPONSE**

    I, Albert J. Scarafone, Esquire, counsel for Debtor, hereby certify that as of December 5, 2022, I have received no objections by any creditor or party in interest, either verbally or in writing, to my Motion to Abate Plan Payments and Modify Plan After Confirmation..

                                              /s/ Albert J. Scarafone
                                              Albert J. Scarafone, Jr., Esq.
                                              Hill, Friedland & Scarafone
                                              1717 Swede Road, Suite 200
                                              Blue Bell, PA 19422-3372
                                              (610) 275-4000