UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Anthony G. Davenport    )    Chapter 13
                                    )
                                    )    19-15349 MDC

## CERTIFICATION OF NO RESPONSE

I, Albert J. Scarafone, Esquire, counsel for debtor(s), hereby certify that as of December 7, 2022, I have received no objections by any creditor or party in interest, either verbally or in writing, to my Application For Compensation in the above-captioned case.

/s/ Albert J. Scarafone
Albert J. Scarafone, Jr., Esq.
Hill, Friedland & Scarafone
1717 Swede Road, Suite 200
Blue Bell, PA 19422-3372
(610) 275-4000