UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| Anthony G. Davenport | ) | Chapter 13 |
| | ) | 19-15349 MDC |
| | ) | |

**O R D E R**

**AND NOW**, upon consideration of Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.
2. The Debtor's Modified Plan, Second Amended Chapter 13 Plan is **APPROVED**.

Dated: December 8, 2022

By The Court

_____
Magdeline D. Coleman
**CHIEF U.S. BANKRUPTCY JUDGE**