United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Anthony G Davenport  
    Debtor

Case No. 19-15349-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Jan 06, 2023      Form ID: pdf900      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Anthony G Davenport, 1002 Meadow View Circle, Collegeville, PA 19426-3350 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2023      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALBERT J. SCARAFONE, JR. | on behalf of Debtor Anthony G Davenport scarafone@comcast.net  ascarafone@gmail.com;r39418@notify.bestcase.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor JPMORGAN CHASE BANK  N.A. logsecf@logs.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Municipality of Norristown jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| JEROME B. BLANK | on behalf of Creditor Wells Fargo Bank  N.A. jblank@pincuslaw.com |
| JEROME B. BLANK | on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION  ET AL jblank@pincuslaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KRISTEN D. LITTLE | |

District/off: 0313-2  User: admin  Page 2 of 2
Date Rcvd: Jan 06, 2023  Form ID: pdf900  Total Noticed: 1

|  |  |
|---|---|
|  | on behalf of Creditor JPMORGAN CHASE BANK  N.A. kdlittleecf@gmail.com |
| LORRAINE GAZZARA DOYLE | |
|  | on behalf of Creditor JPMORGAN CHASE BANK  N.A. ldoyle@logs.com, cistewart@logs.com |
| MARIO J. HANYON | |
|  | on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION  ET AL wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MICHAEL D. VAGNONI | |
|  | on behalf of Creditor Montgomery County Tax Claim Bureau michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com |
| THOMAS SONG | |
|  | on behalf of Creditor Wells Fargo Bank  N.A. tomysong0@gmail.com |
| THOMAS SONG | |
|  | on behalf of Creditor CITIZENS BANK  N.A. tomysong0@gmail.com |
| United States Trustee | |
|  | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 14

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

Anthony G. Davenport    ) Chapter 13
              )
              ) 19-15349 MDC

## ORDER APPROVING COUNSEL FEE

**AND NOW**, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Supplemental Compensation is **ALLOWED** in the favor of the Applicant in the amount of **$1,900.00** of which **$1,500.00** is to be paid through Debtor's Modified Chapter 13 Plan.

BY THE COURT:

January 6, 2023

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE