# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                       Chapter 13

                       Bankruptcy No. 19-15349-MDC

ANTHONY G. DAVENPORT

1002 MEADOW VIEW CIRCLE

COLLEGEVILLE, PA 19426-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

ANTHONY G. DAVENPORT

1002 MEADOW VIEW CIRCLE

COLLEGEVILLE, PA 19426-

Counsel for debtor(s), by electronic notice only.

ALBERT J SCARAFONE JR ESQUIRE  
1717 SWEDE RD  
SUITE 200  
BLUE BELL, PA 19422-

Date: 3/21/2023

/S/ Kenneth E. West  
_____  
Kenneth E. West, Esquire  
Chapter 13 Standing Trustee