United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Anthony G Davenport  
    Debtor

Case No. 19-15349-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jan 12, 2024      Form ID: pdf900      Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Anthony G Davenport, 1002 Meadow View Circle, Collegeville, PA 19426-3350 |
| cr | + | Montgomery County Tax Claim Bureau, c/o Michael Vagnoni, Obermayer Rebmann Maxwell & Hippel LLP, 1500 Market Street, Suite 3400, Centre Square West Philadelphia, PA 19102-2100 |
| 14454741 | | Albert J. Scarafone, Esquire, Hill, Friedland & Scarafone, 1717 Swede Road, Suite 200, Blue Bell, PA 19422-3372 |
| 14388644 | | CITIZENS BANK, N.A., C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14389273 | + | CITIZENS BANK, N.A., C/O THOMAS YOUNG.HAE SONG, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd., Ste. 1400, Philadelphia, PA 19103-1814 |
| 14380110 | + | Chase, PO Box 78240, Phoenix, AZ 85062-8240 |
| 14797307 | + | Fay Servicing LLC, C/O Lauren Moyer, 1325 Franklin Avenue Ste. 160, Garden City, NY 11530-1631 |
| 14571922 | #+ | JPMORGAN CHASE BANK, N.A., c/o KRISTEN D. LITTLE, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150 King of Prussia, PA 19406-4702 |
| 14380112 | + | Montgomery County Tax Claim Bureau, Michael D. Vagnoni, Esq., Center Square West, 1500 Market Street, Philadelphia PA 19102-2100 |
| 14420398 | + | Municipality of Norristown, C/O JAMES RANDOLPH WOOD, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Ste. 100, King of Prussia, PA 19406-2726 |
| 14419215 | + | Municipality of Norristown, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14380113 | + | Norristown Muncipality, PO Box 391, Norristown, PA 19404-0391 |
| 14380114 | + | Phelan Hallinan Diamond & Jones LLP, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 14380116 | + | Waste System Auth E Montco, P.O. Box 311, 1403 Dekalb Street, Norristown, PA 19404-0311 |
| 14389274 | + | Wells Fargo, C/O THOMAS YOUNG.HAE SONG, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd. Ste. 1400, Philadelphia, PA 19103-1814 |
| 14388652 | | Wells Fargo Bank, N.A., C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 13 2024 00:14:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 13 2024 00:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | ^ | MEBN | Jan 13 2024 00:10:15 | Fay Servicing, LLC as servicer for US Bank Trust N, Friedman Vartolo LLP, 1325 Franklin Ave, Ste. 160, Garden City, NY 11530-1631 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 13 2024 00:21:56 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, GREENVILLE, SC 29603-0587 |
| 14380111 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 13 2024 00:21:46 | Chase Mortgage, 700 Kansas Lane, Mail Code LA4-6945, Monroe, LA 71203 |
| 14404460 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 13 2024 00:34:12 | JPMorgan Chase Bank, National Association, et.al., Chase Records Center, Attn: |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 12, 2024 | Form ID: pdf900 | Total Noticed: 30 |

| Recip ID | Bypass/Notice type | Date/Time | Name and Address |
|---|---|---|---|
| | | | Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 14384128 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 13 2024 00:21:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14380115 | Email/Text: bknotices@professionalcredit.com | Jan 13 2024 00:14:00 | Professional Credit Service, P.O. Box 7548, Eugene, OR 97401-0039 |
| 14485390 | ^ MEBN | Jan 13 2024 00:10:04 | US Bank Trust National Association, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14691493 | ^ MEBN | Jan 13 2024 00:10:13 | US Bank Trust National Association as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14482876 | ^ MEBN | Jan 13 2024 00:10:05 | US Bank Trust National Association, Not In Its Ind, PO Box 814609, Dallas, TX 75381-4609 |
| 14380117 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 13 2024 00:22:03 | Wells Fargo Bank, 3476 Stateview Road, Fort Mill, SC 29715-7200 |
| 14391135 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 13 2024 00:22:02 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 14380118 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 13 2024 00:21:47 | Wells Fargo Home Mortgage, PO Box 14411, Des Moines, IA 50306-3411 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Municipality of Norristown, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | * | US Bank Trust National Association, Not In Its Ind, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALBERT J. SCARAFONE, JR. | on behalf of Debtor Anthony G Davenport scarafone@comcast.net ascarafone@gmail.com;r39418@notify.bestcase.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 12, 2024 | Form ID: pdf900 | Total Noticed: 30 |

CHRISTOPHER A. DENARDO
    on behalf of Creditor JPMORGAN CHASE BANK  N.A. logsecf@logs.com

JAMES RANDOLPH WOOD
    on behalf of Creditor Municipality of Norristown jwood@portnoffonline.com jwood@ecf.inforuptcy.com

JEROME B. BLANK
    on behalf of Creditor Wells Fargo Bank  N.A. jblank@pincuslaw.com, mmorris@pincuslaw.com

JEROME B. BLANK
    on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION  ET AL jblank@pincuslaw.com, mmorris@pincuslaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KRISTEN D. LITTLE
    on behalf of Creditor JPMORGAN CHASE BANK  N.A. KRLITTLE@FIRSTAM.COM

LAUREN MOYER
    on behalf of Creditor Fay Servicing  LLC as servicer for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkecf@friedmanvartolo.com

MARIO J. HANYON
    on behalf of Creditor US BANK TRUST NATIONAL ASSOCIATION  ET AL wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MICHAEL D. VAGNONI
    on behalf of Creditor Montgomery County Tax Claim Bureau michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com

THOMAS SONG
    on behalf of Creditor CITIZENS BANK  N.A. tomysong0@gmail.com

THOMAS SONG
    on behalf of Creditor Wells Fargo Bank  N.A. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
ANTHONY G. DAVENPORT

Chapter 13

Debtor

Bankruptcy No. 19-15349-MDC

## ORDER

**AND NOW**, this ___11th___ day of ___January___, 2024, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____  
Honorable Magdeline D. Coleman  
Chief Bankruptcy Judge

Kenneth E. West, Trustee  
P.O. Box 40837  
Philadelphia, PA  19107

Debtor's Attorney:  
ALBERT J SCARAFONE JR ESQUIRE  
1717 SWEDE RD  
SUITE 200  
BLUE BELL, PA 19422-

Debtor:  
ANTHONY G. DAVENPORT

1002 MEADOW VIEW CIRCLE

COLLEGEVILLE, PA 19426-